# United States District Court

## CENTRAL DISTRICT OF ILLINOIS



MAY 30 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Marter Michael Johnsen )
)
**Plaintiff** )
)
vs. )
)
Danville Police departments )
Andrews brock (413) )
Bailey cross (439) )
Swisher Marilyn (429) )
elmen (431) )
Shaner scott (422) )
T) Davis (406) )
Cody fraham (430) )
)
)
**Defendant(s)** )

Case No. 23-2054

*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*__*Please refer to the instructions when filling out this complaint.__ Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Marter Michael Schnsen

Prison Identification Number: NO inmate number

Current address: Vermillion county lot 2 E Suth St Danville IL 61832

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Danville Police departments

Current Job Title: Police department 2 E South St

Current Work Address Danville IL 61832

Defendant #2:

Full Name: Scott Shaver Badge #422

Current Job Title: Danville Police departments

Current Work Address 2 E South St Danville IL 61832

Defendant #3:

Full Name: Kaitlth swosher badge #429

Current Job Title: Danville Police departments

2

Current Work Address 2 E Suth St Denville IL
Cel832.

Defendant #4:

Full Name: 1) Davis badge #406

Current Job Title: Danville Police department

Current Work Address 2 E Suth St Denville IL
61832

Defendant #5:

Full Name: Cody Frahan badge #430

Current Job Title: Danville Police department

Current Work Address 2 E Suth St Denville IL
61832.

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?     Yes ☒     No ☐

If yes, please describe Amended Complaint

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒          No ☐

C. If your answer to B is yes, how many? ___1___ Describe the lawsuit(s) below.

3

1. Name of Case, Court and Docket Number

Danville Police department et, al 23-2054

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still

pending?) still Pending had to Amend _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

      Yes ☑   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☑   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence 916 fowler St Danville IL 61832

4

Date(s) of the occurrence  7/9/22

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On about 7/9/22 at 416 fowler about this time at 416 fowler St the incident happen on July Nine 2022 these officer arrived on the scene at 4:54 the officer observed coe sitting on the front Porch Officer Elimen Slusher, coese and Sgt brooks approached the front of the resident us officer who ran and lumer approached the rear officer observed coe sitting on the front porch Sgt brooks advised coe that reacted for his waistbans just Prior sitting down officer elimen grabbed by his wrist and stood up when I seen officer turns coe and handcuffs me and others several individuals Start recording on our cell Phones After we start Recording officer started getting upset and aggressive they also start threatening the Individuals With going to kid by law If we Right to record a situation Because I was recording from officer Shriver Stated he was going to arrest me for charges Of Intimidation of threat agaeworker's consent to a Police Officer If I didn't stop recording It was other Individual they weren Said this to that was Recording then on about 7/12/22 at apprrox 1634hrs Officer Slusher #429 was on Patrol In fully Marked

Squad car #114. defendant Johnson sitting on the front porch. defendant Marter Johnson was chased by officer Shower and Swisher from an Incident that occured on 7/9/22 at 410 Fowler St that charged the defendant with aggravate Intimidation aggravated assault to a P.O 2 counts threatening a P.O count three 2 counts the only thing I was doing on 7/9/22 I was recording those Incident that occured on 7/9/22 I felt they was wrong for what John In had cuffs but I were threatening officer or spitted at officer I also felt Intimidate by officer Swisher when she threatens me with charges and tuning to Jail I was tuning to Jail three days letters out of twenty other Individual why was me and another Individual was tuning to Jail

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## RELIEF REQUESTED

(State what relief you want from the court.)

_____

MY relief request will be these officer be held accountable for their actions so this type of behavior doesn't happen again I'm sure you have disciplinary rules that you folled I will also be asking for $ 5,000,000 for damages of being incarcerated for frivolous case I was locked up for 300 days this why I'm seeking this amount of compensation

JURY DEMAND          Yes  ☒          No  ☐

Signed this ___May___ day of ___21th___ , 20 _23_ .

Marty Johnson

( Signature of Plaintiff )

| Name of Plaintiff:<br><br>Merble michael Johnson | Inmate Identification Number:<br><br>None |
|---|---|
| Address:<br><br>2 E South st Danville IL C1832 | Telephone Number:<br>212-516-2691<br>357-289-5743 |

[?] St
IL 61832.

United States district court
central district IL
Rock Island division
322 16th Street
suite 200 A
Rock Island IL 61201

RECEIVED

MAY 3 0 2023

U S CLERK'S OFFICE
ROCK ISLAND, ILLINOIS